## PAINEWEBBER REAL ESTATE SECURITIES, INC., Plaintiff–Appellant,

v.

## D.G. MEYER & CO. and Donald G. Meyer, Defendants–Appellees.

### No. 501, Docket 93–7452.

United States Court of Appeals, Second Circuit.

Argued Oct. 28, 1993.

Decided Nov. 9, 1993.

George W. Clark, Huntington, NY (Joseph D'Elia, of counsel), for plaintiff-appellant.

court.... Such interest shall be calculated from the date of entry of the judgment....

George O. Guldi, Westhampton Beach, NY (Thomas T. McVann, of counsel), for defendants-appellees.

Before LUMBARD, VAN GRAAFEILAND and WINTER, Circuit Judges.

PER CURIAM:

We affirm for substantially the reasons stated by Judge Wood in the district court. *See PaineWebber Real Estate Securities, Inc. v. D.G. Meyer & Co.,* 835 F.Supp. 116 (1993).